IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

      Plaintiff-Respondent,

 vs.                                                      CIVIL NO. 07-96 MCA/LFG
                                                          CRIMINAL NO. 05-458 MCA

MARTIN ARANDA-BRIONES,

      Defendant-Movant.

## ORDER ADOPTING MAGISTRATE JUDGE'S AMENDED FINDINGS AND RECOMMENDED DISPOSITION AND DISMISSING ACTION WITH PREJUDICE

THIS MATTER came before the Court on the Magistrate Judge's Amended Findings and Recommended Disposition filed April 24, 2007 [Doc. 11]. Defendant-Movant did not file objections and the deadline for filing objections has passed. The Court accepts the amended findings and recommended disposition;

IT IS HEREBY ORDERED that the amended findings and recommended disposition of the United States Magistrate Judge are adopted by the Court.

IT IS FURTHER ORDERED that Mr. Aranda-Briones' § 2255 motion is denied and this action be, and it hereby is, dismissed with prejudice.

_____
UNITED STATES DISTRICT JUDGE